**SEALED**

PAR: 2022R00807

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 2 6 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR 23 cr 31 |
| PJETER PALUSHI, | * | (Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h); Forfeiture, 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

## INFORMATION

### COUNT ONE
**(Conspiracy To Commit Money Laundering)**

The United States Attorney for the District of Maryland charges that:

### INTRODUCTION

At all times material to the Information:

1. Defendant **PJETER PALUSHI** ("**PALUSHI**") was a U.S. Citizen living in White Plains, New York.

2. Dinamo ZG Inc. ("Dinamo ZG") was a New York corporation established by **PALUSHI**.

3. Zagreb Cro Inc. ("Zagreb Cro") was a New York corporation established by **PALUSHI**.

4. Persons A and B were residents of Texas.

5. Victim 1 was a government agency in Worcester County, Maryland.

6. Victim 2 was a business based in North Carolina.

7. Victim 3 was a business based in Virginia.

8. Victim 4 was a business based in New York.

9. Victim 5 was a business based in Australia.

10. Victim 6 was a business based in New Jersey and Maryland.

11. HSBC Bank USA ("HSBC") was a financial institution as defined in 18 U.S.C. § 20.

12. HSBC maintained records concerning financial transactions in its accounts, including but not limited to records about the individuals controlling the accounts, and in some instances, surveillance video and/or images, and information about the identification documents used to open an account.

## THE CONSPIRACY AND ITS OBJECT

13. Beginning in or around November 2020, and continuing through in or around April 2021, in the District of Maryland, and elsewhere,

**PJETER PALUSHI,**

the defendant herein, did knowingly combine, conspire, agree, and have a tacit understanding with Person A, Person B, and other persons known and unknown to the United States Attorney, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that said transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity; in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## PURPOSE OF THE CONSPIRACY

14. It was a purpose of the conspiracy for **PALUSHI** and his co-conspirators to unlawfully enrich themselves and others by (a) causing the deposit and transfer of proceeds of schemes to defraud into bank accounts they controlled; (b) concealing the nature, location, source,

2

ownership, and control of the proceeds; and (c) diverting and spending fraud proceeds for the personal use and benefit of the defendant and his co-conspirators.

## METHOD AND MEANS

15. It was part of the conspiracy that **PALUSHI** opened a bank account at HSBC ("HSBC x8092") in the name of Dinamo ZG for the purpose of receiving the proceeds of the scheme to defraud.

16. It was a further part of the conspiracy that **PALUSHI** opened a bank account at HSBC ("HSBC x8734") in the name of Zagreb Cro for the purpose of receiving the proceeds of the scheme to defraud.

17. It was a further part of the conspiracy that **PALUSHI** used the HSBC x8092 account and the HSBC x8734 account to receive and deposit funds obtained as a result of a wire fraud scheme in which companies, individuals and others, including Victims 1-6, were deceived into sending money based on false and fraudulent pretenses, including financial transfers that the senders were led to believe were for the benefit of legitimate creditors.

18. It was further part of the conspiracy that **PALUSHI** and his co-conspirators concealed and disguised the wire fraud by arranging for the proceeds to be routed to intermediate bank accounts controlled by co-conspirators after being deposited in the HSBC x8092 account and the HSBC x8734 account.

19. It was further part of the conspiracy that **PALUSHI** concealed and disguised the nature, locations, source, ownership, and control of the proceeds by lying to federal agents about his knowledge of and involvement in the scheme and the identity of co-conspirators.

18 U.S.C. § 1956(h)

## Forfeiture Allegation

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under the offense in Count One of this Information.

2. Upon conviction of the offense set forth in this Information, the defendant,

**PJETER PALUSHI,**

shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any such property subject to forfeiture,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 982
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek L. Barron_

Erek L. Barron
United States Attorney

Digitally signed by
PAUL RILEY
Date: 2023.01.26
11:14:10 -05'00'

5