

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*  *Suite 400*  DIRECT: 410-209-4959
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Riley@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

February 4, 2025

**BY ECF (UNDER SEAL)**

The Honorable Matthew M. Maddox
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States of America v. Pjeter Palushi*, Crim. No. MJM-23-31

Dear Judge Maddox:

I write on behalf of the Government in the above-referenced case to respectfully request that the Court postpone the sentencing in the above-referenced matter, which is currently scheduled for February 18, 2025, at 12:30 p.m.

Based on undersigned counsel's discussions with the United States Office of Probation and Pretrial Services (Probation), I understand that defense counsel has not been in contact with the Defendant for a period of some months—despite the Defendant's desire for him to do so. According to Probation, multiple phone calls from the Defendant to counsel have been unreturned. Further, counsel has not to date filed a notice of appearance in this matter.

I further understand from Probation that the Defendant has filled out a Criminal Justice Act (CJA) financial affidavit to facilitate the appointment of counsel, and that the Defendant wishes to have counsel appointed. That CJA affidavit has been provided to the CJA Coordinator at the Courthouse.

Given the current posture of this matter and the lack of clarity as to whether the Defendant's current counsel still in fact represents the Defendant, the Government respectfully requests that the sentencing in this matter be postponed for a period of approximately two months.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:   ____/s/_____
Paul A. Riley
Assistant United States Attorney

CC:  All Counsel (by ECF)