# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PJETER PALUSHI,<br><br>Defendant. | CRIMINAL NO. MJM-23-031 |

## GOVERNMENT'S CONSENT MOTION TO UNSEAL DOCKET AND DOCKET ENTRIES

The United States of America moves this Honorable Court for an Order fully unsealing the Criminal Information, docket, and all docket entries, except the Sealed Supplement, in the above-referenced case and in support thereof states:

There is no longer any legal basis to justify the sealing of the docket and various filed docket entries in this matter, including the Information, the parties' plea agreement, the Pre-sentence Investigation Report, and the Court's various Orders regarding sentencing.

Undersigned counsel has conferred with Defendant's recently-appointed Criminal Justice Act panel counsel regarding this Motion; counsel consents to it and agrees that the matter should be unsealed in its entirety—apart from the Sealed Supplement to the parties' plea agreement.

WHEREFORE, the United States respectfully requests that the Court issue an ORDER unsealing the docket and all docket entries (apart from the Sealed Supplement) in this case.

        Respectfully submitted,

        Kelley O. Hayes
        United States Attorney

By: _____
      *Digitally signed by PAUL RILEY*
      *Date: 2025.03.24 14:55:44 -04'00'*
      Paul Riley
      Assistant United States Attorney