IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. MJM-23-31 |
| PJETER PALUSHI, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has received and reviewed defendant Pjeter Palushi's Motion for Release of Passport. ECF No. 35. Mr. Palushi requests the release of his passport to permit international travel from May 13 to May 21, 2025, for the purpose of visiting his ailing father in Croatia. The motion is not opposed by the Government or by Pretrial Services.

Having reviewed the motion and information contained in the Pretrial Services Report and Presentence Investigation Report ("PSR"), the Court shall deny the motion. The Court is specifically concerned about the risk of non-appearance for sentencing that would be created by releasing the passport and permitting international travel, considering Mr. Palushi's sophisticated fraudulent offense conduct (which involved close to $1 million in fraud proceeds and impacted several victims), his obstruction of justice (including false statements to law enforcement authorities), his history of extensive international travel and "off-and-on" foreign residence, and indication of past use of an alias and possession of a fake Slovenian passport, among other reasons. The Court also notes that when the Pretrial Services Report ant PSR were completed, Mr. Palushi claimed that his father lived in New York. The Court assumes that Mr. Palushi's father relocated to Croatia at some point, but that would have occurred recently. There is no indication that Mr. Palushi lacked the ability to visit his father (or his father to visit him) before this recent relocation. Finally, the Court notes that Mr. Palushi has substantial sentencing exposure, which may provide an incentive to flee. For the foregoing reasons, the motion shall be denied.

It is this  22nd  day of April, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that the Motion for Release of Passport (ECF No. 35) is DENIED.

/S/
_____
Matthew J. Maddox
United States District Judge