IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. MJM-23-0031** |
| | * | |
| **PJETER PALUSHI** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this motion to file its Sentencing Memorandum (the "Sentencing Memorandum") under seal. In support of this motion, the government states as follows:

1. The Sentencing Memorandum contains sensitive information and no reasonable alternative to sealing are available. Specifically, redaction of sensitive portions of the Sentencing Memorandum would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2. Counsel will file a hard copy of the Sentencing Memorandum with the Court (pursuant to Standing Order 2025-04) and intends to serve defense counsel with copies of the Sentencing Memorandum in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Sentencing Memorandum Under Seal.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

        _____
        Paul A. Riley
        Bijon A. Mostoufi
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

_____
Paul A. Riley
Bijon A. Mostoufi
Assistant United States Attorneys